1

2

3

4

5

6

7

8

9

10

```
                          FILED
                  CLERK, U.S. DISTRICT COURT

                       AUG 2 3 2011

                  CENTRAL DISTRICT OF CALIFORNIA
                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11    UNITED STATES OF AMERICA,      )    Case No.    CR 10-1245-PSG

                               )

12              Plaintiff,        )    ORDER OF DETENTION AFTER HEARING

                               )      (Fed.R.Crim.P. 32.1(a)(6)

13                v.              )       18 U.S.C. § 3143(a)

                               )    Allegations of Violations of

14    Roger Hammond Shears      )    Probation/Supervised Release

                               )           Conditions)

15                Defendant.      )

                               )

16

       On arrest warrant issued by the United States District Court for

17 the     CDCA              involving alleged violations of

18 conditions of probation/supervised release:

19        1.     The court finds that no condition or combination of

20              conditions will reasonably assure:

21            A.     ( ) the appearance of defendant as required; and/or

22           B.     (✓) the safety of any person or the community.

23 ///

24 ///

25 ///

26 ///

27 ///

28

2.   The Court concludes:

    A.   ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the *economic* safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

*instant offense allegations; criminal history*

    B.   (  ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

    IT IS ORDERED that defendant be detained.

DATED:   8/23/11

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2